# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

GUEORGUI MAXIMOVICH PESSOTSKII,

    Petitioner,

v.

ERIC H. HOLDER, JR., et al.,

    Respondents.

Case No. C12-1971-MJP

ORDER OF DISMISSAL

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 3, respondents' motion to dismiss for mootness, Dkt. No. 14, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Respondents' motion to dismiss for mootness, Dkt. No. 14, is GRANTED, and this action is DISMISSED with prejudice.

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 29th day of April, 2013.

*[signature]*

Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL - PAGE 1